UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jamal J.,<br><br>                Plaintiff(s),<br><br>vs.<br><br>Frank J. Bisignano, Commissioner of Social Security, et al.,<br><br>                Defendant(s). | 2:25-cv-01384-MDC<br><br>**SCREENING ORDER DISMISSING WITHOUT PREJUDICE AMENDED SOCIAL SECURITY COMPLAINT (ECF NO. 7)** |

      This is a social security appeal and plaintiff is represented by counsel. The Court previously granted plaintiff Jamal J.'s *Motion/Application to Proceed In Forma Pauperis* ("IFP") but dismissed his complaint without prejudice because there were typographical errors in the original complaint. *ECF No. 6*. Plaintiff has filed an amended complaint (ECF No. 7) correcting the prior typographical errors but including new typographical errors. Specifically, the paragraph numbering of the amended complaint contains two paragraphs numbered 1 and 2.

      **ACCORDINGLY**,

      **IT IS ORDERED** that plaintiff's amended complaint (ECF No. 7) is **DISMISSED** without prejudice and with leave to file a second amended complaint by **October 23, 2025** consistent with this order.

      DATED September 23, 2025.

                                                      _____<br>
                                                      Hon. Maximiliano D. Couvillier III<br>
                                                      United States Magistrate Judge