1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 5634
3  ZACHARY BERKOFF-CANE, WSBN 47988
   Special Assistant United States Attorney
4  Program Litigation 1
   Social Security Administration | Law & Policy
5  6401 Security Boulevard
   Baltimore, MD 21235
6  Telephone: [410-966-1542]
   Facsimile: [415-744-0134]
7  E-Mail: zachary.berkoff@ssa.gov

   Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL JACKSON, | Civil No. 2:25-cv-01384-MDC |
| Plaintiff, | |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, Defendant. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED November 18, 2025.

    Respectfully submitted,

*/s/ Erika Bailey Drake*
ERIKA BAILEY DRAKE
(*as authorized via email on November 18, 2025)
Attorney for Plaintiff

SIGAL CHATTAH
Acting United States Attorney

*/s/ Zachary Berkoff-Cane*
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: 11-19-25